Ray Mischne, complainant-appellant,

*v.*

Firestone Tire and Rubber Company, defendant-respondent.

[Decided January 31st, 1936.]

*Mr. Remsen Cowenhoven* and *Mr. Louis L. Hendler,* for the complainant-appellant.

*Messrs. Bilder, Bilder & Kauffman,* for the defendant-respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *116 N. J. Eq. 305* (under the name of *Nischne* v. *Firestone Tire and Rubber Co.*).

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.